**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Breanna Dumas, | Civ. No. 25-1357 (JWB/LIB) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL** |
| Midwest Resale Specialist, Inc., | |
| Defendant. | |

The plaintiff and Midwest Resale Specialist, Inc. have filed a Stipulation of Dismissal (Doc. No. 21). Based on that Stipulation, Midwest Resale Specialist, Inc. is **DISMISSED WITH PREJUDICE** and judgment will be entered. Each party to bear their own costs, disbursements, and attorneys' fees.

**LET JUDGEMENT BE ENTERED ACCORDINGLY.**

Dated: January 9, 2026         *s/ Jerry W. Blackwell*
                               JERRY W. BLACKWELL
                               United States District Court Judge

2924879