# UNITED STATES DISTRICT COURT
## District of Minnesota

Breanna Dumas,

    Plaintiff,

v.

Midwest Resale Specialist Inc.,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 25-cv-1357 (JWB/LIB)

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Midwest Resale Specialist, Inc. is **DISMISSED WITH PREJUDICE** and judgment will be entered.

Each party to bear their own costs, disbursements, and attorneys' fees.

Date: 1/12/2026                                                             KATE M. FOGARTY, CLERK